UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
MONROE DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | **CRIMINAL ACTION NO.  16-0190** |
| **VERSUS** | * | **JUDGE S. MAURICE HICKS, JR.** |
| **DAN J. LAFLEUR** | * | **MAG. JUDGE KAREN L. HAYES** |

## JUDGMENT

The Report and Recommendation of the Magistrate Judge having been considered, and the parties having waived their objections thereto,

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** that the District Court accepts the guilty plea of the defendant, Dan J. LaFleur, and adjudges him guilty of the offense charged in Count One of the amended Bill of Information against him.

**THUS DONE AND SIGNED**, in Chambers, at Shreveport, Louisiana, this 18th day of August, 2016.

_____
S. MAURICE HICKS, JR.
UNITED STATES DISTRICT JUDGE